IN THE UNITED STATES DISTRICT COURT FOR THE
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * CRIMINAL NO. 06-00245-001 |
| JAIME GOMEZ-AGUILAR | * |

ORDER ON PETITION FOR REMISSION

This action comes before the Court on the United States' petition for remission of all of the unpaid portion of defendant's special assessment imposed in this case on December 7, 2006 (Doc. 16).

The petition complies with 18 U.S.C. §3573 and shows just cause why a remission of all of the unpaid portion of defendant's special assessment would be in the interest of justice.

It is therefore **ORDERED** that the Government's petition for remission is **GRANTED** and the unpaid portion of defendant's special assessment in the amount of $100.00 is **REMITTED.**

**DONE** this 12th day of May, 2009.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT COURT JUDGE